IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
WILLIE JAMES SEAY,                  *

        Petitioner                  *

vs.                                 *
                                         CASE NO. 4:05-CV-33 (CDL)
RALPH BATTLE, Warden,               *

        Respondent                  *
```

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>BY UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 1, 2005, is hereby approved, adopted, and made the Order of the Court. Petitioner's Emergency Motion to Stay All Proceedings is denied as moot.

IT IS SO ORDERED, this 28th day of April, 2005.

                                                                     S/Clay D. Land
                                                                         CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE